# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANLEY RIMER,

       Plaintiff,

vs.

BRIAN SANDOVAL et al.,

       Defendants.

3:15-cv-00105-RCJ-VPC

**ORDER**

Plaintiff sued Defendants in state court under 42 U.S.C. § 1983 based on the denial of his parole. Defendants removed. The Court dismissed upon screening, without leave to amend. Plaintiff asks the Court to reconsider, arguing that the dismissal itself violated his due process and equal protection rights. The Court finds no basis for reconsideration.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 12) is DENIED.

IT IS SO ORDERED.

Dated this 27th day of July, 2015.

                                                  ROBERT C. JONES
                                                  United States District Judge